# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa Schuler,<br><br>    Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.<br><br>    Defendant. | Civil No. 15-2771 (RHK/TNL)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the above-entitled matter having been fully resolved, pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 10), **IT IS ORDERED** that the above-captioned proceeding is **DISMISSED WITH PREJUDICE,** without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 17, 2015

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge
